# NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

Case #:   10-11285

FILED
U.S. Bankruptcy Court
Western District of NC

FEB 1 6 2016

Steven T. Salata, Clerk
Charlotte Division
EA

Debtor(s):     David Link Belsinger
               Teresa Antlitz Belsinger


Account Number:     8800080965


Creditor Information:   OneWest Bank, FSB
                       2900 Esperanza Drive
                       Austin, TX 78758

                       OneWest Bank, FSB
                       6900 Beatrice Drive
                       Kalamazoo, MI  49009


Amount of Turnover: $1,707.45

Total Turnover Amount:     $1,707.45