

**UNITED STATES BANKRUPTCY COURT**
**Western District of North Carolina**
**Asheville Division**

Case No. 10−11285
Chapter 13

---

In Re: Debtor(s) (name(s) used in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David Link Belsinger | Teresa Antlitz Belsinger |
| 579 91st Avenue N. Unit B | 579 91st Avenue N. Unit B |
| Naples, FL 34108 | Naples, FL 34108 |
| Social Security No.: xxx−xx−5198 | Social Security No.: xxx−xx−6557 |

---

# NOTICE OF DEFECTIVE ENTRY OR FILING

**NOTICE IS HEREBY GIVEN** that the Motion to Pay Unclaimed Funds filed in the above referenced case on 07/01/2016 as document # 134 is defective for the reason(s) marked below:

- Document(s) filed do not comply with Federal Bankruptcy Rule 9037−Privacy Protection.

- Notice references Incorrect Hearing Time, Address and Courtroom Location.

PLEASE TAKE NOTICE that this should be corrected immediately to allow for timely processing of the case/proceeding.

Dated: July 6, 2016                                                                 Steven T. Salata
                                                                                                  Clerk of Court

Electronically filed and signed (7/6/16)